IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DANIEL HAMILTON                                                                PLAINTIFF

VS.                                   CASE NO. 4:17CV00352 PSH

NANCY A. BERRYHILL, Commissioner,
     Social Security Administration                                            DEFENDANT

## JUDGMENT

It is CONSIDERED, ORDERED, and ADJUDGED that this case be and it hereby is dismissed with prejudice.  The relief sought is denied.

DATED this 26th day of January, 2018.

_____
UNITED STATES MAGISTRATE JUDGE